**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7273**

———————

EDDIE LEE TAYLOR,

Plaintiff - Appellant,

versus

MARION COUNTY DETENTION CENTER; CAPTAIN PACE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Terry L. Wooten, District Judge. (CA-01-4118-9)

———————

Submitted:  December 16, 2002      Decided:  December 20, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Eddie Lee Taylor, Appellant Pro Se.  Jay Hupfer, WILLCOX, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eddie Lee Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Taylor v. Marion County Detention Ctr., No. CA-01-4118-9 (D.S.C. July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED